ANNIE O. CARRIER, Appellant, *v.* CASSIUS M. CARRIER et al., Respondents, and FRANCES E. CARRIER, Appellant.

(Submitted June 2, 1919; decided June 6, 1919.)

Motion to amend remittitur denied, without costs. Motion for re-argument denied, without costs. (See 226 N. Y. 114.)